**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| MATTHEW MUZY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-110 |
| | ) |
| MEIJER STORES LIMITED | ) |
| PARTNERSHIP, ELIJAH VANCE, | ) |
| OFFICER DALTON WAIDELICH, | ) |
| OFFICER WILLIAM TURRIFF, and | ) |
| OFFICER ALEXIS AGUILERA, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS JOINT NOTICE OF REMOVAL

The defendants, Meijer Stores Limited Partnership, Elijah Vance, by counsel Christie A. King, and Officer Dalton Waidelich, Officer William Turriff, and Officer Alexis Aguilera, by counsel Carolyn M. Trier, and pursuant to 28 U.S.C. §§1441 and 1446, hereby file their "Notice of Removal". In support of the "Notice of Removal", the defendants state:

1.  On July 7, 2022, an action was commenced by the plaintiff Matthew Muzy against the defendant Meijer Stores Limited Partnership in the Allen Superior Court. The case was assigned a Cause Number of 02D01-2207-CT-315.

2.  On August 12, 2022, a First Amended Complaint was filed against Meijer Stores Limited Partnership and "John/Jane Does" (unidentified Fort Wayne Police Officers). No service was obtained for the unidentified Fort Wayne Police Officers.

3.  On September 1, 2022, attorneys Pamela A. Paige and Christie A. King filed their written Appearance on behalf of defendant Meijer Stores Limited Partnership, which is attached hereto as Exhibit "A".

4. On February 16, 2023, a Second Amended Complaint was filed against Meijer Stores Limited Partnership and "John/Jane Does" (unidentified Fort Wayne Police Officers).

5. On February 21, 2023, a Second Amended Complaint (Revised) was filed against Meijer Stores Limited Partnership, Elijah Vance, Officer D. Waidelich, Officer N. Turriff, and Officer A. Aguilera.

6. The defendant Officer Alexis Aguilera received a copy of the Summons and Complaint on or about February 23, 2023. A copy of the Second Amended Complaint (Revised) and Summons are attached as Exhibits "B" and "C".

7. On February 27, 2023, attorney Carolyn M. Trier filed her written Appearance in the Allen Superior Court on behalf of defendants Officer Dalton Waidelich, Officer William Turriff, and Officer Alexis Aguilera, which is attached hereto as Exhibit "D".

8. On March 13, 2023, attorneys Pamela A. Paige and Christie A. King filed their written Appearance on behalf of Elijah Vance, which is attached hereto as Exhibit "E".

9. On March 13, 2023, Meijer Stores Limited Partnership filed an answer to the Second Amended Complaint.

10. On March 14, 2023, Elijah Vance filed an answer to the Second Amended Complaint.

11. A copy of the Chronological Case Summary (or docket sheet) for the Allen Superior Court, Cause No. 02D01-2207-CT-315 is attached as Exhibit "F".

12. This lawsuit is one over which this Federal District Court has original jurisdiction under the provisions of 28 U.S.C. §1331 ("Federal Question" Jurisdiction) and is one which may be removed to this Court by the defendants pursuant to 28 U.S.C. §§1441 and 1446 (since it is a civil action arising under the Constitution, Laws, or Treaties of the United States).

13.   The plaintiff is claiming that his Fourth Amendment rights under the United States Constitution were violated. (Second Amended Complaint (Revised), paras. 4 and 12). The plaintiff is bringing this action under 42 U.S.C. § 1983. The plaintiff is alleging that the defendants detained and falsely arrested him while at the Meijer Store on Lima Road, and that Fort Wayne police officers detained, arrested, and charged the plaintiff with theft, conversion, or related charges without probable cause and without evidence contrary to the United States Constitution. (Complaint, paras. 4, 6, 7, 8, 9, 11, and 12).

14.   Upon filing this "Notice of Removal", the defendant the City of Fort Wayne has paid the required filing fee of Four Hundred Dollars and No Cents ($400.00).

15.   The defendants, Meijer Stores Limited Partnership, Elijah Vance, are represented by counsel Pamela A. Paige and Christie A. King. Officer Dalton Waidelich, Officer William Turriff, and Officer Alexis Aguilera are represented by counsel Carolyn M. Trier. This is the "Defendants Joint Notice of Removal" of all defendants. All defendants consent to the removal to federal court.

16.   This "Defendants Joint Notice of Removal" is timely filed in Federal District Court pursuant to 28 U.S.C. § 1446(2)(A-C).

WHEREFORE, the defendants Meijer Stores Limited Partnership, Elijah Vance, Officer Dalton Waidelich, Officer William Turriff, and Officer Alexis Aguilera respectfully request that the action now pending against them in the Allen Superior Court, Fort Wayne, Indiana (under Cause No. 02D01-2207-CT-315), be removed therefrom to this Court.

Respectfully submitted,

/s/Christie A. King
Christie A. King, Esq. #21078-49
Plunkett Cooney, P.C.
201 North Illinois Street, South Tower
16th Floor
Indianapolis, IN 46204
T: (317) 964-2732
F: (248) 901-4040
E-mail: cking@plunkettcooney.com
ATTORNEY FOR DEFENDANTS
MEIJER STORES LIMITED
PARTNERSHIP AND ELIJAH VANCE

/s/Carolyn M. Trier
Carolyn M. Trier, Esq. #15581-02
Trier Law Office, LLC
P.O. Box 5528
Fort Wayne, IN 46895
T: (260) 485-7000
F: (260) 485-7003
E-mail: carolyntrier@trierlaw.com
ATTORNEY FOR DEFENDANTS
OFFICER DALTON WAIDELICH, OFFICER
WILLIAM TURRIFF, AND OFFICER ALEXIS
AGUILERA

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2023, a true and correct copy of the foregoing document was served to all counsel of record herein by CM/ECF electronic case filing system as follows:

Christopher C. Myers, cmyers@myers-law.com
Myers Smith Wallace LLP
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

/s/Carolyn M. Trier
Carolyn M. Trier

4